UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AMY C. TAIT, et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL NO. 2:23-cv-00329-LEW |
| | ) |
| LAKE REGION SCHOOL DISTRICT, et al | ) |
| | ) |
| Defendants, | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order on Motions to Dismiss entered by Chief U.S. District Judge Lance E. Walker on August 7, 2024,

JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Charity Pelletier
      Deputy Clerk

Dated: August 7, 2024